# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| AMADORA SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br><br>AUSTIN BANCORP, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:24-cv-00612-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| AMADORA SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF TEXAS, a Division of BOKF, N.A.,<br><br>    Defendant. | CIVIL ACTION NO. 2:24-cv-00614-JRG |

## ORDER GRANTING DEFENDANT BANK OF TEXAS, A DIVISION OF BOKF, N.A.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)

NOW COMES Defendant Bank of Texas, a Division of BOKF, N.A.'s ("BOKF") Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6). The Court, having reviewed the Motion, finds that the Motion is well-taken and hereby is, **GRANTED**.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant Bank of Texas, a Division of BOKF, N.A.'s Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) is GRANTED.