# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AMADORA SYSTEMS LLC, § <br> *Plaintiff*, § <br> v. § <br> AUSTIN BANCORP, INC., § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00612-JRG <br> (LEAD CASE) |
| AMADORA SYSTEMS LLC, § <br> *Plaintiff*, § <br> v. § <br> JPMORGAN CHASE BANK, N.A., § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00609-JRG <br> (MEMBER CASE) |
| AMADORA SYSTEMS LLC, § <br> *Plaintiff*, § <br> v. § <br> BANK OF TEXAS, a Division of § <br> BOKF, N.A., § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00614-JRG <br> (MEMBER CASE) |
| AMADORA SYSTEMS LLC, § <br> *Plaintiff*, § <br> v. § <br> TEXAS BANK & TRUST COMPANY, § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00619-JRG <br> (MEMBER CASE) |
| AMADORA SYSTEMS LLC, § <br> *Plaintiff*, § <br> v. § <br> VERABANK, N.A., § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-CV-00622-JRG <br> (MEMBER CASE) |

# **ORDER**

Before the Court is the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Amadora Systems LLC ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (collectively, the "Parties"). (Dkt. No. 72.) In the Motion, the Parties move for an order dismissing all claims in Member Case No. 2:24-cv-00609-JRG with prejudice according to the terms of an Agreement between the Parties. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims asserted in Member Case No. 2:24-cv-00609-JRG are **DISMISSED WITH PREJUDICE**, subject to the terms of the Agreement between the Parties. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief in Member Case No. 2:24-cv-00609-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:24-cv-00609-JRG, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to **MAINTAIN AS OPEN** the Lead Case.

**So ORDERED and SIGNED this 21st day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE